# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JONNIELYNN SMITH, | ) CASE NO. 1:23-cv-522 |
| | ) |
| PLAINTIFF, | ) JUDGE SARA LIOI |
| | ) |
| vs. | ) **MEMORANDUM OPINION** |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| DEFENDANT. | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed and no objections have been filed. The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a forfeiture of a de novo determination by the district court of an issue covered in the report. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same. Accordingly, the Commissioner's decision is affirmed and this case is closed.

**IT IS SO ORDERED**.

Dated: December 7, 2023

                                                                           **HONORABLE SARA LIOI**
                                                                           **CHIEF JUDGE**
                                                                           **UNITED STATES DISTRICT COURT**